■ JOSEPH J. AVAMPATO et al., Appellants, v ROLAND A. AUGUSTINE, INC., Respondent.—Appeal from an order of the Supreme Court at Special Term (Connor, J.), entered December 30, 1985 in Ulster County, which granted defendant's motion for summary judgment dismissing the amended complaint.

Order affirmed, with costs, upon the opinion of Justice John G. Connor at Special Term. Main, J. P., Weiss, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.